because of his alleged position as a competitor in business of the company. Under the circumstances, an order in the nature of mandamus for a further inspection of the books by petitioner as a stockholder was improperly granted. Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DAVID SCHIFF, Respondent, v. 195 BROADWAY CORPORATION, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion in all respects denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DAVID SCHIFF, Respondent, v. 195 BROADWAY CORPORATION, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and cross-motion to dismiss the action granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of POWELL & SALZMAN, INC., Assignor, to SAMSON MERRIAM, Assignee, Respondent. MANUFACTURERS TRUST COMPANY, Claimant, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BELLA ROSENBERG and WILLIAM ROSENBERG, Appellants, v. JACOB EIG, Respondent.— As the defendant has consented before this court to waive a jury trial, the order appealed from is affirmed, without costs, and the clerk is directed to place the case on the non-jury calendar for trial. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of MURRAY ROBINSON, Petitioner, Appellant, for an Order against PAUL J. KERN, President, and Others, Commissioners, Who Were and Now Are Members of and Constitute the Municipal Civil Service Commission of the City of New York, and LEWIS J. VALENTINE, Police Commissioner, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN W. MORRISON, an Honorably Discharged World War Veteran, Petitioner, Respondent, against ROBERT MOSES, Commissioner of the Department of Parks of the City of New York, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THOMAS J. MCADAM, Doing Business as the CENTRAL WINE & LIQUOR CO., Respondent, v. JACOB OBERSON, INC., Appellant.— Order unanimously reversed, without costs, and the motion denied, on the ground that the affidavits show that plaintiff was engaged, in at least one instance, in a practice similar to that complained of; and the case directed to be placed on the day calendar of Special Term, Part III, for February 5, 1940. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CRAWFORD MUSIC CORPORATION, Respondent, v. AMERICAN RECORD CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [173 Misc. 205.]